JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HOVEY, <br><br> Plaintiff, <br><br> v. <br><br> CENLAR, F.S.B. et al., <br><br> Defendants. | Case No. 2:23-cv-06498-SB-AS <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order granting the motions to dismiss entered this date, it is ORDERED AND ADJUDGED that Plaintiff Dale Hovey's claims against Defendants Cenlar, F.S.B. and Citibank, N.A. are dismissed on the merits with prejudice.

This is a final judgment.

Date: October 19, 2023

Stanley Blumenfeld, Jr.
United States District Judge